| Date | Pleading Number | |
|---|---|---|
| 10/15/74 | 1. | MOTION -- defendants Matsushita Electric Corp. of America, Matsushita Electric Industrial Co., Ltd., Matsushita Electric Trading Co., Matsushita Electronics Corp., Quasar Electronics Corp., Toshiba America, Inc., Tokyo Shibaura Electric Co., Ltd., Hitachi Sales Corp. of America, Hitachi Ltd., Hitachi Kaden Hanbai Kabushiki Kaisha, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓. HitachixKadenxHanbaixK Sharp Electronics Corp., Sharp Corp., Mitsubishi Inter'l Corp., Mitsubishi Corp., Sanyo Electric, Inc., Sanyo Electric Co., Ltd., Sanyo Electric Trading Co., Ltd., Sony Corp. of Ameirca, and Sony Corp. -- MEMORANDUM OF LAW IN SUPPORT OF MOTION w/Exhibits A, B, and C and affidavit of Service by Mail. (Cases A-1 and A-2) REQUESTED TRANSFEREE DISTRICT: D. New Jersey REQUESTED TRANSFEREE JUDGE: Judge Vincent P. Biunno |
| 10/22/74 | | NATIONAL UNION ELECTRIC CORP: ZENITH RADIO CORP. REQUEST FOR EXTENSION OF TIME (30 days) DENIED Notified counsel. |
| 10/30/74 | | HEARING ORDER -- Setting A-1 through A-2 for hearing, Washington, D. C. November 22, 1974 |
| 10/30/74 | 2 | RESPONSE - ZENITH RADIO CORP. w/brief and cert. of service |
| 10/30/74 | 3 | RESPONSE - NATIONAL UNION ELECTIRC w/brief and cert. of service |
| 11/5/74 | 4 | RESPONSE - REPLY MEMO -- Movants w/cert. of service |
| ~~11/25/74~~ | | MINUTE ORDER -- transferring the N.J. action to the E.D. Penna. for assignment to Judge A. Leon Higginbotham for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 11/26/74 | 5 | LETTER ENCLOSING JUDGE BUINO'S MEMO in the N.J. ACTION 1706-70 |
| ~~12/4/74~~ | | CONSENT OF CHIEF JUDGE LORD FOR JUDGE HIGGINBOTHAM to handle litigation in XXXX.the E.D. Pennsylvania pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial |
| 1/10/75 | | OPINION AND ORDER re Minute Order of 11/25/74. Distribution made. |
| 11/8/77 | | ORDER -- Reassigning litigation to Judge Edward R. Becker, E.D. Pa., Notified counsel, involved judges, clerks |
| 86/04/25 | 6 | LETTER -- Signed by Judge Becker (tmq) |
| 86/04/25 | | ORDER ADMINISTRATIVELY CLOSING DOCKET -- Notified involved judge, clerk and counsel (cds) |

OPINION AND ORDER, Jan. 10, 1975 — 388 F. SUPP. 565
DOCKET NO. 189 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE JAPANESE ELECTRONIC PRODUCTS ANTITRUST LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) 11/22/74

Date(s) of Opinion(s) or Order(s) 11/25/74

Consolidation Ordered ✓    Name of Transferee Judge  Edward R. Becker Cir J

Consolidation Denied ___    Transferee District  E.D. Pennsylvania

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Zenith Radio Corp. v. Matsushita Electric Industrial Co. Ltd., et al. | E.D.Pa. Higginbotham | 74-2451 | | | | Mot. of 10/15 |
| A-2 | National Union Electric Corp. v. Matsushita Electric Industrial Co. Ltd., et al. | N.J. Biunno | 1706-70 | 11/25/74 | 74-3247 | Admin Closed 4/25/86 | 12-18-74 |

CERTIFIED CORRECT
JULY 1976

Ditto July 1977
"   "   1978
"   "   1979
"   "   1980

July 1981 - No response
July 1982 - 2 Mo
July 1983 - Same
July 1984 - Same
July 1985 - Same

p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 189 -- IN RE JAPANESE ELECTRONIC PRODUCTS ANTITRUST LITIGATION

| ~~Plaintiffs~~ | ~~Defendants~~ |
|---|---|
| MATSUSHITA ELECTRIC CORP. OF AMERICA<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.<br>MATSUSHITA ELECTRIC TRADING CO.<br>MATSUSHITA ELECTRONICS CORP.<br>QUASAR ELECTRONICS CORP.<br>A. Paul Victor, Esquire<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, New York 10022<br><br>TOSHIBA AMERICA, INC.<br>TOKYO SHIBAURA ELECTRIC CO., LTD.<br>Donald J. Zoeller, Esquire<br>Mudge, Rose, Guthrie & Alexander<br>20 Broad Street<br>New York, New York 10005<br><br>HITACHI SALES CORP. OF AMERICA<br>HITACHI KADEN HANBAI KABUSHIKI KAISHA<br>Carl W. Schwarz, Esquire<br>Metzger, Noble, Schwarz & Kempler<br>One Farragut Square South<br>Washington, D.C. 20006<br><br>SHARP ELECTRONICS CORP.<br>SHARP CORP.<br>~~Peter J. Gartland, Esquire~~<br>~~Wender, Murase & White~~<br>~~350 Park Avenue~~<br>~~New York, New York 10022~~<br><br>SONY CORP.<br>Joshua Greenburg, Esquire<br>Kaye, Scholer, Fierman, Hays & Handler<br>425 Park Avenue<br>New York, New York 10022<br><br>HITACHI, LTD.<br>H. William Tanaka, Esquire<br>Tanaka & Walders<br>1819 H St., N.W.<br>Washington, D.C. 20006 | MITSUBISHI INTERNATIONAL CORP.<br>MITSUBISHI CORP.<br>Charles F. Schirmeister, Esq.<br>Reid & Priest<br>40 Wall Street<br>New York, New York 10005<br><br>SANYO ELECTRIC, INC.<br>SANYO ELECTRIC CO., LTD.<br>SANYO ELECTRIC TRADING CO., LTD.<br>Patrick H. Sullivan, Esquire<br>Whitman & Ransom<br>522 Fifth Avenue<br>New York, New York 10036<br><br>SONY CORP. OF AMERICA<br>Edward D. Rosiny, Esquire<br>Rosenman, Colin, Kaye, Petschek,<br>   Freund & Emil<br>575 Madison Avenue<br>New York, New York 10022<br><br>MOTOROLA, INC.<br>Karl F. Nygren, Esquire<br>Kirkland & Ellis<br>200 E. Randolph St.<br>Chicago, Illinois 60601<br><br>NATIONAL UNION ELECTRIC CORP. (A-2)<br>ZENITH RADIO CORP. (A-1)<br>Edwin P. Rome, Esquire<br>Blank, Rome, Klaus & Comisky<br>1100 Four Penn Center Plaza<br>Philadelphia, Pennsylvania 19103<br><br>MITSUBISHI ELECTRIC CORP.<br>Baker & McKenzie<br>Prudential Plaza<br>Chicago, Illinois 60601 |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __189__ -- IN RE JAPANESE ELECTRONIC PRODUCTS ANTITRUST LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Matsushita Electric Industrial Co., Ltd. | A-1; A-2 |
| Matsushita Electronics Corp. | A-1 |
| Matsushita Electric Trading Co., Ltd. | A-1 |
| Matsushita Electric Corp. of America | A-1; A-2 |
| Tokyo Shibaura Electric Co., Ltd. | A-1; A-2 |
| Toshiba America Inc. | A-1; A-2 |
| Hitachi, Ltd. | A-1; A-2 |
| Hitachi Kaden Hanbai Kabushiki Kaisha | A-1 |
| Hitachi Sales Corp. of America | A-1; A-2 |
| Sharp Corp. (A-2 sued as Hayakawa Elec. Co., Ltd.) | A-1; A-2 |

p. _____

| | |
|---|---|
| Sharp Electronics Corp. ✓ | A-1; A-2 |
| Mitsubishi Electric Corp. ✓ | A-1; A-2 |
| Mitsubishi Corp. ✓ | A-1 |
| Mitsubishi International Corp. ✓ | A-1; A-2 |
| Sanyo Electric Co., Ltd. ✓ | A-1; A-2 |
| Sanyo Electric Trading Co., Ltd. ✓ | A-1 |
| Sanyo Electric, Inc. ✓ | A-1; A-2 |
| Sony Corp. ✓ | A-1; A-2 |
| Sony Corporation of America ✓ | A-1; A-2 |
| Motorola, Inc. ✓ | A-1 |
| Quasar Electronics Corp. ✓ | A-1 |

Hayakawa Electric Co. Ltd.  *same as Sharp Corp.*  A-2