JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 25 1974

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE JAPANESE ELECTRONIC PRODUCTS )
ANTITRUST LITIGATION )   DOCKET NO. 189

ORDER

The Panel having found, upon the basis of the papers submitted and the hearing held, that the actions listed on the attached Schedule A involve common questions of fact and that transfer of the action pending in the District of New Jersey to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with the action pending in that district would serve the convenience of the parties and witnesses and would further the just and efficient conduct of the litigation,

IT IS THEREFORE ORDERED that the action on the attached Schedule A pending in the District of New Jersey be, and the same hereby is, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable A. Leon Higginbotham, Jr. for coordinated or consolidated pretrial proceedings, pursuant to 28 U.S.C. §1407, with the action pending in that district and listed on Schedule A.

A full opinion and order embodying the reasons for the above decision will be filed upon final preparation.

FOR THE PANEL:

Alfred P. Murrah
Chairman

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY 25 1971

IN RE JAPANESE ELECTRONIC PRODUCTS ) 
ANTITRUST LITIGATION ) DOCKET NO. 189
 )

ORDER

The Panel having found, upon the basis of the papers submitted and the hearing held, that the actions listed on the attached Schedule A involve common questions of fact and that transfer of the action pending in the District of New Jersey to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with the action pending in that district would serve the convenience of the parties and witnesses and would further the just and efficient conduct of the litigation,

IT IS THEREFORE ORDERED that the action on the attached Schedule A pending in the District of New Jersey be, and the same hereby is, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable A. Leon Higginbotham, Jr. for coordinated or consolidated pretrial proceedings, pursuant to 28 U.S.C. §1407, with the action pending in that district and listed on Schedule A.

A full opinion and order embodying the above decisions will be filed upon final preparation.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A                                    DOCKET NO. 189


## EASTERN DISTRICT OF PENNSYLVANIA

Zenith Radio Corp. v. Matsushita          Civil Action
Electric Industrial Co. Ltd., et al.      No. 74-2451


## DISTRICT OF NEW JERSEY

National Union Electric Corp. v.          Civil Action
Matsushita Electric Industrial Co.        No. 1706-70
Ltd., et al.

SCHEDULE A

DOCKET NO. 189

## EASTERN DISTRICT OF PENNSYLVANIA

Zenith Radio Corp. v. Matsushita Electric Industrial Co., Ltd., et al.

Civil Action No. 74-2451

## DISTRICT OF NEW JERSEY

National Union Electric Corp. v. Matsushita Electric Industrial Co. Ltd., et al.

Civil Action No. 1706-70